# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2952 | **DATE** | 5/7/2004 |
| **CASE TITLE** | Marc Norfleet vs. Mary Gray | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum. In response to the question that Norfleet has posed there, he is advised that he should not sent in what he calls his "tons of proof of facts" to this District Court.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | **Document Number** |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAY 10 2004 | |
| | Notified counsel by telephone. | | date docketed | 6 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 5/7/2004 | |
| SN | courtroom deputy's initials | | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARC NORFLEET #20020085357, )
)
        Plaintiff, )
)
v. ) No. 04 C 2952
)
MARY GRAY, )
)
        Defendant. )

DOCKETED
MAY 1 0 2004

### MEMORANDUM

Marc Norfleet ("Norfleet"), who recently submitted a 42 U.S.C. §1983 ("Section 1983") Complaint against Mary Gray, has just sent a pro se follow-up document captioned "To Clairify [sic] Issue." In response to the question that Norfleet has posed there, he is advised that he should **not** send in what he calls his "tons of proof of facts" to this District Court. Federal procedure prohibits such evidentiary filings at the pleading stage of a case, and if he were to do so the papers would simply be sent back to him (in addition to which there is always the risk of losing papers that are shipped back and forth).

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date: May 7, 2004